(78 South. 988)

HALL v. DADEVILLE OIL MILL. (5 Div. 692.) (Supreme Court of Alabama. April 11, 1918.) Appeal from Circuit Court, Tallapoosa County; S. L. Brewer, Judge. D. W. Crawford, of Dadeville, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(78 South. 988)

HENSON et al. v. McPETERS et al. (8 Div. 49.) (Supreme Court of Alabama. May 14, 1918.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. A. A. Williams, of Florence, for appellees.

PER CURIAM. Appeal dismissed for want of prosecution.

(78 South. 988)

HINSON et al. v. BYRD et al. (6 Div. 799.) (Supreme Court of Alabama. May 9, 1918.) Appeal from Circuit Court, Lamar County; H. B. Foster, Judge. Wilson Kelly, of Vernon, for appellees.

PER CURIAM. Affirmed on certificate.

(78 South. 988)

HUFF v. DYER. (5 Div. 697.) (Supreme Court of Alabama. April 4, 1918.) Certiorari to Court of Appeals. Middleton & Reynolds, of Clanton, for appellant. Pettus, Fuller & Lapsley, of Selma, for appellee.

GARDNER, J. Petition of J. W. Huff for certiorari to the Court of Appeals to review and revise the judgment of said court in the case of J. W. Huff v. W. C. Dyer, 77 South. 926. Writ denied.

(78 South. 988)

JENKINS TAXICAB CO. v. ESTES. (6 Div. 751.) (Supreme Court of Alabama. April 4, 1918.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. Action by George H. Estes against the Jenkins Taxicab Company. From judgment for plaintiff, defendant appeals. Transferred from Court of Appeals under Acts 1911, p. 449, § 6. Affirmed. Coleman & Coleman, of Birmingham, for appellant. Harsh, Harsh & Harsh, of Birmingham, for appellee.

McCLELLAN, J. Mrs. Annie G. Estes and her husband, George H. Estes (appellee), were given judgments for personal injuries suffered by them in consequence of a collision between the automobile in which they were riding and an automobile belonging to the appellant. On the appeal from the judgment in favor of Mrs. Estes this court, after full consideration, entered an affirmance, holding that the trial court did not err in refusing the general affirmative charge for the defendant-appellant. Jenkins Taxicab Co. v. Annie G. Estes, ante, p. 174, 77 South. 700. The conclusion prevailing on that review necessarily applies to and governs the result on this appeal, which is from the judgment in favor of Mr. Estes. Penticost v. Massey, ante, p. 261, 77 South. 675, concludes to a like effect. The judgment is therefore affirmed on the authority of the first cited decision. Affirmed.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(78 South. 989)

Ex parte JONES. (3 Div. 351.) (Supreme Court of Alabama. April 11, 1918.) Certiorari to Court of Appeals. L. A. Sanderson, of Montgomery, for appellant. W. E. Andrews, of Montgomery, for appellee.

PER CURIAM. Petition of Claude B. Jones for certiorari to Court of Appeals to review and revise the judgment of said court rendered in the case of Jones v. City of Montgomery, 77 South. 969. Writ denied.

(78 South. 989)

JONES v. STATE. (6 Div. 710.) (Supreme Court of Alabama. April 16, 1918.) Appeal from Circuit Court, Jefferson County; H. A. Sharpe, Judge. Allen & Fisk, of Birmingham, for appellant. Mallory & Mallory, of Selma, and Tillman, Bradley & Morrow, of Birmingham, for the State.

PER CURIAM. Appeal dismissed by agreement of parties.

(78 South. 989)

KING v. STATE. (6 Div. 769.) (Supreme Court of Alabama. March 23, 1918. Rehearing denied May 9, 1918.) Certiorari to Court of Appeals. Erle Pettus, of Birmingham, for appellant. F. Loyd Tate, Atty. Gen., for the State.

PER CURIAM. Petition of Dave R. King for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the case of King v. State, 77 South. 935. Writ denied.

(78 South. 989)

KING v. STATE. (8 Div. 70.) (Supreme Court of Alabama. April 11, 1918.) Appeal from Circuit Court, Franklin County; J. J. Curtis, Judge. Bob King was convicted of murder, and appeals. Affirmed. The defendant was tried on an indictment charging murder in the first degree. He was convicted of murder in the second degree, and sentenced to the penitentiary for a period of 25 years; hence he prosecutes this appeal. The defendant pleaded self-defense. Several written charges were given at the request of the defendant, and some few refused. The oral charge of the court instructed the jury fully as to the different degrees of homicide, and as to the law applicable to the theory of self-defense. There were a few objections to the evidence, but they are not considered as sufficiently important to be here set out. Travis Williams, of Russellville, and A. H. Carmichael, of Tuscumbia, for appellant. F. Loyd Tate, Atty. Gen., and Emmett S. Thigpen, Asst. Atty. Gen., for the State.

GARDNER, J. The record in this case has been given very careful consideration. Few questions are presented by the bill of exceptions for review. We do not deem any of them of sufficient importance to be here given separate treatment, or deserving discussion. Suffice it to say these few questions have been very carefully examined, and we find nothing in any of them calling for a reversal of this cause. The judgment of conviction will accordingly be affirmed. Affirmed.

ANDERSON, C. J., and McCLELLAN and SAYRE, JJ., concur.

(78 South. 989)

Ex parte KNOTTS. (4 Div. 789.) (Supreme Court of Alabama. May 9, 1918.) Certiorari to Court of Appeals. W. L. & R. S. Parks, of Andalusia, for appellant. F. Loyd Tate, Atty. Gen., for appellee.

PER CURIAM. Petition of Jack Knotts for certiorari to Court of Appeals to review and revise the judgment and decision of said court affirming the judgment of the trial court in the case of Jack Knotts v. State, 78 South. 640. Writ denied.